

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, New York 10007

December 20, 2007

**BY FAX**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

*Granted- No further extensions absent application made by notice of motion showing extraordinary circumstances.*

SO ORDERED:  DATE: 12/20/2007
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Re: Javier Martinez v. Astrue
07 Civ. 3156 (WHP) (GWG)

Dear Judge Gorenstein:

The briefing schedule in the above-referenced Social Security case requires the Government to move for judgment on the pleadings by December 21, 2007, plaintiff to cross-move for judgment on the pleadings by January 22, 2008, and the Government to reply by February 5, 2008. We write respectfully to request that the briefing schedule be adjourned for approximately 30 days as follows: Government's motion by January 23, 2008, plaintiff's motion by February 22, 2008, and the Government's reply by March 7, 2008. The reason for this request is to accommodate the vacation plans of defendant's counsel. We attempted to obtain plaintiff's consent to this proposed adjournment, but plaintiff's counsel did not return telephone messages left on December 18 and 20, 2007. One prior adjournment of the briefing schedule was granted. We appreciate the Court's consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Susan D. Baird
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc: <u>BY FAX</u>
    James M. Baker, Esq.
    Center for Disability Advocacy Rights, Inc.