UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAVIER MARTINEZ,                                        :

                                                        :        **ORDER**
                          Plaintiff,                             07 Civ.3156 (WHP) (GWG)

                                                        :

              -v.-                                       :

                                                        :

                                                        :

MICHAEL J. ASTURE,                                      :

                          Defendant.                    :
-----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge:

        In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, a United
States Magistrate Judge is available to conduct all proceedings in this case, including but not
limited to any decisions on motions, any jury or nonjury trial, and/or the entry of a final
judgment. An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to
the United States Court of Appeals in the same manner as an appeal from any other judgment of
this district court.

        Exercise of jurisdiction by a Magistrate Judge is permitted only if all parties voluntarily
consent. To determine whether the parties wish to voluntarily consent, the plaintiff is directed to
mail to defendant on or before March 17, 2008, a copy of the attached consent form bearing
either (1) a signature indicating consent to the Magistrate Judge conducting all proceedings in
this matter or (2) a notation that the plaintiff does not consent.

        On or before March 31, 2008, defense counsel is directed to contact the Deputy Clerk
Sylvia Gonzalez either by telephone, at (212) 805-4260, or by letter. Defense counsel shall
inform the Deputy Clerk whether all parties have consented to the Magistrate Judge conducting
the proceedings in this matter. If any party has not consented, counsel for the defendant shall not
inform the clerk which of the parties have not consented but shall merely state that there has not
been consent by all parties.

        In the event that all parties have consented, defense counsel shall mail the signed consent
form for filing to: Ms. Sylvia Gonzalez, Chambers of Judge Gabriel W. Gorenstein, 500 Pearl
Street, New York, NY 10007.

        This Order is not intended to interfere with the parties' right to have a trial and/or any
other dispositive proceedings before a United States District Judge. The parties are free to
withhold their consent without adverse substantive consequences, although this will prevent the

Court's jurisdiction from being exercised by a United States Magistrate Judge.  If any party withholds consent, the identity of the parties consenting or withholding consent shall not be communicated to any Magistrate Judge or District Judge to whom the case has been assigned.

      SO ORDERED

DATED:      New York, New York
              February 25, 2008

                                GABRIEL W. GORENSTEIN
                                United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JAVIER MARTINEZ

                         Plaintiff,

                         - v. -

MICHAEL J. ASTURE,
                Defendant.
----------------------------------------------------------------x

:
:
:
:
:
:

CONSENT TO PROCEED
BEFORE UNITED STATES
MAGISTRATE JUDGE

07 Civ. 3156 (WHP) (GWG)

IT IS HEREBY STIPULATED AND AGREED by and between the parties that:

      1. Pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including but not limited to any trial, the entry of a final judgment, and all post-judgment proceedings.

      2. Any appeal from a judgment entered in this case will lie to the United States Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S. 636(c)(3) and Fed. R. Civ. P. 73(c).

AGREED AND CONSENTED TO:

_____
Signature of Attorney for Plaintiff

James M. Baker
Center for Disability Advocacy Rights
100 Lafayette Street Suite 304
New York, NY 10013


Date: _____

_____
Signature of Attorney for Defendant

Susan D. Baird
Assistant United States Attorney
86 Chambers St., 3rd floor
New York, NY 10007


Date: _____




SO ORDERED:


_____
U.S.D.J