# Center for Disability Advocacy Rights (CeDAR), Inc.
## 100 Lafayette Street, 3rd Floor
## New York, New York 10013

Tel. (212) 979-0505
Fax (212) 979-8778

March 21, 2008

VIA FAX

Hon. Gabriel W. Gorenstein
U.S. Magistrate Judge
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: Javier Martinez v. Astrue
07 Civ. 3156 (WHP) (GWG)

Dear Judge Gorenstein:

    I am writing to request an additional four weeks in which to file plaintiff's papers in opposition to the Commissioner's motion for judgment on the pleadings and in support of his own cross-motion for judgment on the pleadings. Those papers are due today, March 21, 2008. I would file them instead on April 18, 2008. The Commissioner would then file her reply papers on May 2, 2008.

    This is plaintiff's first request for an extension. The Commissioner has requested two prior extensions. The Commissioner consents to this request.

    I have been unable to get the brief done because my brief in another case took far more time than anticipated, and I am now scheduled to be on vacation for the next two weeks.

    Please let me know if the proposed extension is acceptable to the Court.

Very truly yours,

James M. Baker

JMB/jb

cc: Susan D. Baird
    Assistant U.S. Attorney

Granted
SO ORDERED: DATE: 3/21/20**
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE