

**Center for Disability Advocacy Rights (CeDAR), Inc.**
100 Lafayette Street, 3rd Floor
New York, New York 10013
Tel. (212) 979-0505
Fax (212) 979-8778

April 18, 2008

VIA FAX

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States Court House
500 Pearl Street, Rm. 510
New York, N.Y. 10007

    Re: Javier Martinez v. Astrue
        07 Civ. 3156 (WHP) (GWG)

Dear Judge Gorenstein:

    Plaintiff's brief in opposition to the Commissioner's motion for judgment on the pleadings and in support of his own cross-motion for judgment on the pleadings is due today, April 18, 2008, with the Commissioner's reply brief due two weeks later on May 2, 2008.

    I will not quite manage to get plainriff's brief done by today and would like to file it instead next Tuesday, April 22, 2008. The Commissioner's reply brief would then be due on May 6, 2008. Plaintiff would also like to build in time for the reply brief on his own cross-motion, and would like this to be due on May 20, 2008. The government has consented to this request.

    Please let me know if this is acceptable to the Court.

        Very truly yours,

        James M. Baker

JMB/jb

cc: Susan D. Baird (VIA FAX)
    Assistant U.S. Attorney

Granted.
SO ORDERED: DATE: 4/18/2008
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE