

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, New York 10007

May 5, 2008

MEMORANDUM ENDO... 5/5/08

BY FAX

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re: Javier Martinez v. Astrue
      07 Civ. 3156 (WHP) (GWG)

Dear Judge Gorenstein:

  The briefing schedule in the above-referenced Social Security case requires the Government to file an opposition to plaintiff's motion for judgment on the pleadings by May 6, 2008. We write respectfully to request, with the consent of plaintiff's counsel, that the remaining briefing schedule be adjourned for approximately three weeks as follows: Government's opposition by May 28, 2008, and plaintiff's reply by June 11, 2008. The reason for this request is that plaintiff attached new medical evidence with his motion papers, and adjourning the briefing schedule will allow the Commissioner sufficient time to review this evidence. No prior adjournment of the Government's opposition brief has been requested. We appreciate the Court's consideration of this request.

          Respectfully,

          MICHAEL J. GARCIA
          United States Attorney

     By: /s/ Susan D. Baird
        SUSAN D. BAIRD
        Assistant United States Attorney
        tel. (212) 637-2713
        fax (212) 637-2750

Granted.
SO ORDERED: DATE: 5/6/2008
/s/ Gabriel W. Gorenstein
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE